FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 MAY 18 PM 4:25
CLERK J. Hodges
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, N.A., | * | |
| Plaintiff, | * | |
| v. | * | CV 320-009 |
| WHEELER COUNTY STATE BANK d/b/a ATLANTIC SOUTH BANK and ANNE REAVES, | * | |
| Defendants. | * | |

## ORDER

Presently before the Court is the Parties' stipulation of dismissal without prejudice of Defendant Anne Reaves. (Doc. No. 11.) Plaintiff and Defendant Reaves consent to dismissal; thus, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that Plaintiff's claims against Anne Reaves are **DISMISSED WITHOUT PREJUDICE**. Because Plaintiff has resolved all claims against remaining Defendant Wheeler County State Bank, the Clerk is directed to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 18 day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE